Petition for Writ of Mandamus Denied and Memorandum Opinion filed
February 19, 2008








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed February 19, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00070-CV

____________

 

IN RE HORIZON WIRELESS and SHABIH AALEX@ ASLAM, Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
February 1 2008, relators, Horizon Wireless, Inc. and Shabih AAlex@ Aslam, filed a petition for writ of
mandamus in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also
Tex. R. App. P. 52.  In the petition, relators ask this court to compel the
Honorable Elizabeth Ray, presiding judge of the 165th District Court of Harris
County, to rule on their motion to compel, and direct real parties in interest
to respond to discovery.  

Relators
have not established their entitlement to the extraordinary relief of a writ of
mandamus.  Accordingly, we deny relators= petition for writ of mandamus.  

 

PER CURIAM

 

Petition
Denied and Memorandum Opinion filed February 19, 2008.

Panel
consists of Justices Fowler, Frost, and Seymore.